UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RED MOORE & SON POWER LINE CONSTRUCTION LLC, ET AL.,

    Plaintiff(s),

    vs

TRI-TECHNIC, INC,

    Defendant(s).

Case #2:15-CV-00181-JAD-PAL

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the Trial Calendar of **March 14, 2017,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this 20th day of October, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE